UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 18-01280 JVS(JDEx)     Date August 24, 2018

Title    Amany Simmonds v. Wells Fargo Bank, N.A. et al.

---

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **(In Chambers) Order Denying Plaintiff's Motion to Remand**

     Plaintiff Amany Simmonds ("Simmonds") filed a motion to remand. (Mot., Docket No. 10.) Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed an opposition. (Opp'n, Docket No. 12.) Simmonds replied. (Reply, Docket No. 13.)

     Local Rule 7-3 requires that the parties meet and confer "at least seven (7) days prior to the filing of the motion." If the parties cannot resolve the issue, then the counsel for the moving party must include in the notice of motion the following statement: "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." Id.

     Here, Simmonds stated: "Plaintiff's counsel on August 3, 2018 met and conferred with defendant's counsel and there was no resolution." (Mot., Docket No. 10 at 2.) Simmonds filed the motion on August 6, 2018. Therefore, Simmonds did not comply with Local Rule 7-3's requirement that the parties meet and confer at least seven days before filing a motion.

     Accordingly, the Court **denies** Simmonds's motion to remand without prejudice. The Court vacates the September 10, 2018, hearing date. See Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

     **IT IS SO ORDERED.**

                                                              :    00

                        **Initials of Preparer**    kjt