Michael A Younge, SB 170929
Law Office of Michael A Younge
180 N. Riverview Drive #210
Anaheim, CA 92808
714-299-7406  Phone
714-276-1443  Fax

Attorney for Plaintiff
Amany Simmonds

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

AMANY SIMMONDS, an Individual          **S**ACV 18-01280 JVS(JDEx)

                      Plaintiff,

v

WELLS FARGO BANK, N.A.,

                      Defendant


TEMPORARY RESTRAINING ORDER and

ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION


      The Ex Parte Application of Plaintiff Amany Simmonds, having been

brought before this Court, and the Court having considered the Application

1

and the supporting Declarations filed in connection with the Application and found that good cause exists therefor,

**IT IS HEREBY ORDERED**:

**TEMPORARY RESTRAINING ORDER**

1. Pending the hearing on and disposition of this Court's Order to Show Cause as set forth below, Defendant Wells Fargo Bank, N.A. ("Defendant"), and its officers, agents, servants, employees, attorneys and those persons in active concert or participation with them, are hereby enjoined and restrained from pursuing or proceeding with the foreclosure and Trustee's Sale pursuant to Notice of Trustee Sale, Instrument # 2018000282277, of Plaintiff's property located at 11 Style Drive, Aliso Viejo, California, (the "Property"), now scheduled for 12:00 P.M. on Tuesday, September 11, 2018;

2. In addition, this Defendant is also enjoined and restrained from selling, attempting to sell or otherwise exercising or seeking to exercise any and all judicial and/or non-judicial foreclosure rights under that certain Deed of Trust with Plaintiff as Trustor and World Savings Bank, FSB, as the purported beneficiary, as recorded on or about March 16, 2007, and as purportedly "assigned" to Wells Fargo Bank, N.A.

## ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Defendant Wells Fargo is hereby ordered to appear before this Court, in Courtroom 10C, located at 411 West 4th Street, Santa Ana, California, at 9:00 A.M., on September 21, 2018, and there and then to show cause, if any they have, why they, and each of them, should not be restrained and enjoined during the pendency of this lawsuit, from pursuing or proceeding, either itself or through any affiliate or agent, with the foreclosure and Trustee's Sale of Plaintiff's Property and from selling or attempting to sell Plaintiff's Property at a public sale or otherwise.

## EFFECTIVE DATE

The above Temporary Restraining Order is effective immediately

## BRIEFING SCHEDULE

A copy of this Order shall be served on counsel for the Defendants or directly on the Defendants if their counsel is unknown, by facsimile, email or overnight delivery service by no later than 5:00 P.M. on September 10, 2018.

Any additional supporting authorities and declarations must be filed and served no later than September 12, 2018.

Any opposition papers shall be filed and served no later than September 17, 2018.

Any reply papers shall be filed and served no later than noon September 19, 2018.

All documents shall be served by personal delivery or overnight delivery.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
Honorable James V Selna
United States District Judge