JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANY SIMMONDS,<br><br>       Plaintiff,<br><br>       v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 to 100, Inclusive,<br><br>       Defendants. | CASE No.: 8:18-cv-01280-JVS-JDE<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND; GRANTING WELLS FARGO'S MOTION TO DISMISS WITH PREJUDICE; AND DECLINING TO ISSUE A PRELIMINARY INJUNCTION TO PLAINTIFF**<br><br>Date:   November 5, 2018<br>Time:  1:30 p.m.<br>Ctrm:  10C<br><br>[Assigned to the Hon. James V. Selna] |

On November 5, 2018, at 1:30 p.m. in Courtroom 10C of the above-entitled Court, the Hon. James V. Selna presiding, a hearing was held on the following matters:

(1) the motion to remand filed by plaintiff Amany Simmonds ("Plaintiff");

(2) the motion to dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"); and

(3) the request for a preliminary injunction filed by Plaintiff.

At the hearing, the Court having read and considered the motions and supporting papers, the oppositions and replies and supplemental briefs, and the oral

1  argument of the parties, adopted its tentative ruling in full to deny the motion to

2  remand, grant the motion to dismiss with prejudice, and deny the request for a

3  preliminary injunction.

4       The Court has considered Plaintiff's objections to the form of Judgment

5  (Docket No. 39), and finds them without merit.

6  **THEREFORE IT IS HEREBY ORDERED:**

7  1.    Plaintiff's motion to remand is denied;

8  2.    Wells Fargo's motion to dismiss is granted without leave to amend;

9  3.    Plaintiff's request for a preliminary injunction is denied;

10  4.    The action is dismissed with prejudice;

11  5.    Plaintiff shall take nothing from Wells Fargo; and

12  6.    Judgment shall be entered in favor of Wells Fargo.

16  DATED:  November 15, 2018

17  THE HON. JAMES V. SELNA
UNITED SATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

  I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California  91101-4158.

  On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND; GRANTING WELLS FARGO'S MOTION TO DISMISS WITH PREJUDICE; AND DECLINING TO ISSUE A PRELIMINARY INJUNCTION TO PLAINTIFF**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**

***Counsel for Plaintiff:***

Michael A. Younge, Esq.
Law Office of Michael A. Younge
180 N. Riverview Drive #210
Anaheim, California 92808

Tel:  (714) 242-4027
Fax:  (714) 282-1401

Email: youngelaw@aol.com

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on November 9, 2018.

| Lina Velasquez | */s/ Lina Velasquez* |
| --- | --- |
| (Type or Print Name) | (Signature of Declarant) |

CASE NO.:  8:18-CV-01280-JVS-JDE
CERTIFICATE OF SERVICE