JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANY SIMMONDS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE No.: 8:18-cv-01280-JVS-JDE<br><br>**JUDGMENT**<br><br>[Assigned to the Hon. James V. Selna] |

On November 15, 2018, the Court entered an Order granting the Motion to Dismiss Complaint filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and dismissed all claims for relief in the Complaint with prejudice. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Complaint is dismissed with prejudice.
2. Judgment is entered in favor of Wells Fargo and against Plaintiff; and
3. Plaintiff shall take and recover nothing in this action from Wells Fargo.

DATED: November 26, 2018

_____
THE HON. JAMES V. SELNA
UNITED SATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**

*Counsel for Plaintiff:*

Michael A. Younge, Esq.
Law Office of Michael A. Younge
180 N. Riverview Drive #210
Anaheim, California 92808

Tel: (714) 242-4027
Fax: (714) 282-1401

Email: youngelaw@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on November 16, 2018.

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |